AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*             DISTRICT OF    NEVADA

JAYSON FRYE,

     Plaintiff,    JUDGMENT IN A CIVIL CASE

v.

                                                      CASE NUMBER:  **3:14-cv-00523-MMD-VPC**

CAROLYN W. COLVIN, et al.,

     Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for fees and costs (ECF No. 24) is granted. The plaintiff is awarded attorney's fees in the amount of $6,831.51 and costs in the amount of $411.55, subject to any offsets allowed under the Treasury Offset Program ("TOP") as discussed in the R&R.

     **IT IS FURTHER ORDERED** that, subject to any offset allowed under the TOP, defendant make the check for the award payable to John C. Boyden and send the check to the address provided for Erickson Thorpe & Swainston Ltd.

July 28, 2016                                                          **LANCE S. WILSON**
                                                                                                    Clerk

                                                                                                  /s/ K. Rusin
                                                                                                  Deputy Clerk